JAMES P. C. SILVESTRI, ESQ.
BRIAN W. GOLDMAN, ESQ.
PYATT SILVESTRI & HANLON
701 Bridger Ave., Suite 600
Las Vegas, Nevada 89101
(702) 383-6000
Attorneys for Defendant,
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER BAUER and CHELSEA BAUER individually,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH ASH, individually, ALLSTATE INSURANCE COMPANY, a Delaware company, doing business in the State of Nevada and DOES I through V and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | CASE NO.2:10-cv-00840 |

**STIPULATION AND ORDER**
**FOR DISMISSAL WITH PREJUDICE**

**No Hearing Date**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, Plaintiffs, JENNIFER BAUER and CHELSEA BAUER; and BRIAN W. GOLDMAN, ESQ., of the law firm of PYATT SILVESTRI & HANLON, on behalf of Defendant, ALLSTATE INSURANCE COMPANY, that Plaintiffs' Complaint be dismissed with prejudice, each party to bear their own costs.

/ / /

/ / /

/ / /

1  DATED: September 13, 2010

2  PYATT SILVESTRI & HANLON

3  _____
4  JAMES. P.C. SILVESTRI, ESQ.
   BRIAN W. GOLDMAN, ESQ.
5  701 Bridger Ave., Suite 600
   Las Vegas, NV 89101
6  Attorneys for Defendant
   Allstate Insurance Company

7

8  DATED: September 13, 2010

9  _____
10 JENNIFER BAUER
   9850 S. Maryland Pkwy, 5-174
11 Las Vegas, NV 89183
   Plaintiff
12

13 DATED: September 13, 2010

14 _____
15 CHELSEA BAUER
   9850 S. Maryland Pkwy, 5-174
16 Las Vegas, NV 89183
   Plaintiff
17
                       **ORDER**
18      IT IS SO ORDERED this 13 day of Sept, 2010 that Plaintiffs'
   Complaint be dismissed with prejudice, each party to bear their own costs.
19
                                    _____
20                                  U.S. DISTRICT COURT JUDGE

21 Prepared By:

22 PYATT SILVESTRI & HANLON

23 _____
24 BRIAN W. GOLDMAN, ESQ.
   Nevada Bar No. 6317
25 701 Bridger Ave. Suite 600
   Las Vegas, Nevada 89101
26 Attorneys for Defendant

27

28