**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JENNIFER BAUER, et al., | 2:10-cv-0840-LDG-RJJ |
| Plaintiffs, | **ORDER** |
| v. | |
| JOSEPH ASH, et al., | |
| Defendants. | |

Pursuant to this court's notice regarding intent to dismiss for want of prosecution pursuant to LR 41-1 dated August 8, 2011 (#15), and as no action has been taken in this case since the issuance of the notice,

THE COURT HEREBY ORDERS that this action is DISMISSED.

DATED this ___ day of August, 2012.

_____
Lloyd D. George
United States District Judge